# KAUFMAN & KAHN, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/17/2023

October 16, 2023

BY ECF

Hon. Colleen McMahon
U.S. District Court, S.D.N.Y.
United States Court House
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

*conference cancelled*

*Colleen McMahon*
10/17/2023

Re:   Safavieh Intl, LLC v. Chengdu Junsen Fengrui Technology, et al.
      (Case No. 1:23-CV-03960-CM)

To the Honorable Judge McMahon:

We are counsel for Plaintiff Safavieh Intl LLC in the above-referenced action. Plaintiff respectfully requests that Pre-Trial Conference presently scheduled for October 26, 2023 be adjourned *sine die*, pending the Court's determination of Plaintiff's motion for default judgment, which is presently returnable on October 27, 2023. This is the second request for an adjournment. I emailed the Defendants on October 13, 2023, requesting that they consent to such adjournment, but they have not responded to my email. (If they do respond I will promptly notify the Court accordingly.) The requested adjournment does not affect any other scheduled dates.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Mark S. Kaufman
Mark S. Kaufman

October 16, 2023
-- Page 2 --